
**Seyfarth**

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

cstieber@seyfarth.com
T (212) 218-5530

www.seyfarth.com

**MEMO ENDORSED**

September 30, 2020

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Court for the Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Levi Foerderer v. Equifax Information Services LLC*
      (U.S. Dist. Ct., S.D.N.Y., Civil Action No. 19-cv-11124-KMK)

Your Honor:

This firm represents Defendant, Equifax Information Services LLC ("Equifax"), in the above-referenced action. Consistent with Your Honor's Individual Practices, we write to respectfully request that the Court adjourn the telephone conference, set for October 19, 2020 at 10:30 a.m.

This is Equifax's first request for an adjournment. The reason for this request is that the undersigned counsel is scheduled to appear for oral argument on a pending motion to dismiss before Judge Liman on October 19, 2020 at 10:00 a.m. which will conflict with this conference. *See Gilbert v. Indeed, Inc., et al.*, Civ. No. 20-Civ-3826. We respectfully request that the conference be rescheduled to a date and time the following week, or another time at the Court's convenience thereafter. Counsel for Equifax is available October 26 (morning), 27, 28, 29, or 30.

Equifax was unable to reach Plaintiff concerning this request. Plaintiff *pro se* is currently incarcerated and unreachable as he is being held in quarantine isolation prior to his October 5, 2020 release from prison. No other scheduled dates will be effected by this adjournment. This request is made in good faith and not for the purpose of causing undue delay.

We thank the Court for its consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

/s/ *Courtney Stieber*

Courtney Stieber

CS/cl
cc:   Levi Foerderer (via US Mail)

*Granted. The Court will hold a conference on October 26, 2020 at 10:00 AM via teleconference. Please mail a copy of this letter to Mr. Foerderer.*

SO ORDERED

KENNETH M. KARAS, U.S.D.J.
9/30/2020

66042150v.3